B5 (Official Form  5) (12/07)

| United States Bankruptcy Court | INVOLUNTARY PETITION |
|---|---|
| **Northern**　District of_____**Illinois**_____ | |

| IN RE (Name of Debtor – If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 8 years (include married, maiden, and trade names.) |
|---|---|
| Lakewood Engineering & Mfg. Co., Inc. | |
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.): | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) | MAILING ADDRESS OF DEBTOR (If different from street address) |
| 501 North Sacramento Blvd. Chicago, Illinois 60612 | SAME |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS COOK COUNTY | |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

　　☑ Chapter 7　　☐ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts (Check one box.) | Type of Debtor (Form of Organization) | Nature of Business (Check one box.) |
|---|---|---|
| Petitioners believe: ☐ Debts are primarily consumer debts ☑ Debts are primarily business debts | ☐ Individual (Includes Joint Debtor) ☑ Corporation (Includes LLC and LLP) ☐ Partnership ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B) ☐ Railroad ☐ Stockbroker ☐ Commodity Broker ☐ Clearing Bank ☑ Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. ☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached ☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. *[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

## PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
## OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS (Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1.　☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b). 2.　☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code. 3.a.　☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount; or b.　☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B5 (Official Form 5) (12/07) – Page 2                    Name of Debtor Lakewood Engineering & Mfg.

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

| | |
|---|---|
| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief. | |
| x _~signature~_ | x _~signature~_   2/19/2009 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney               Date |
| International Paper Company, Inc.        2/19/2009 | Frances Gecker, Frank/Gecker LLP |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Bruce X. Gilliland, Sr. Credit Mgr. International Paper Company, Inc. 4049 Willow Lake Blvd. Memphis, Tennessee 38118 |
| | Address   325 North LaSalle Street, Suite 625 Chicago, Illinois 60654 |
| | Telephone No.   (312) 276-1400 |
| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney               Date |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | Telephone No. |
| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney               Date |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | Telephone No. |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner International Paper Company, Inc.                Address Above | Nature of Claim Unsecured Trade Claim | Amount of Claim $655,149.22 |
| Name and Address of Petitioner SEE FOLLOWING PAGE | Nature of Claim | Amount of Claim SEE FOLLOWING PAGE |
| Name and Address of Petitioner SEE FOLLOWING PAGE | Nature of Claim | Amount of Claim SEE FOLLOWING PAGE |
| Note:   If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims  SEE FOLLOWING PAGE |

_____ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor_Lakewood Engineering & Mfg.

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _Louis A. Fischer   President_
Signature of Petitioner or Representative (State title)
Thynk Design, Inc.
Name of Petitioner                    2/16/2009
                                      Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

Louis A. Fischer, President
Thynk Design, Inc.
1111 Pasquinelli Drive, Suite 550
Westmont, Illinois 60559

X _[signature]_                              2/17/2009
Signature of Attorney                        Date
Frances Gecker, Frank/Gecker LLP
Name of Attorney Firm (If any)
Address            325 North LaSalle Street, Suite 625
                   Chicago, Illinois 60654

Telephone No.      (312) 276-1400

X_____
Signature of Petitioner or Representative (State title)

Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X_____
Signature of Attorney                        Date

Name of Attorney Firm (If any)
Address

Telephone No.

X_____
Signature of Petitioner or Representative (State title)

Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X_____
Signature of Attorney                        Date

Name of Attorney Firm (If any)
Address

Telephone No.

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner<br>Thynk Design, Inc.<br>Address Above | Nature of Claim<br>Unsecured Trade Claim | Amount of Claim<br>$73,354.00 |
| Name and Address of Petitioner<br>SEE FOLLOWING PAGE | Nature of Claim | Amount of Claim<br>SEE FOLLOWING PAGE |
| Name and Address of Petitioner<br>SEE FOLLOWING PAGE | Nature of Claim | Amount of Claim<br>SEE FOLLOWING PAGE |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims   SEE FOLLOWING PAGE |

_____continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor Lakewood Engineering & Mfg.

Case No. _____

| TRANSFER OF CLAIM | |
|---|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). | |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| X _Signature_ COO/PRES | X _Signature_  2/19/07 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                          Date |
| Selco Products Company                      2-13-09 | Frances Gecker, Frank/Gecker LLP |
| Name of Petitioner                   Date Signed | Name of Attorney Firm (If any) |
| | Address        325 North LaSalle Street, Suite 625 |
| Name & Mailing        James Reed, President | Chicago, Illinois 60654 |
| Address of Individual   Selco Products Company | |
| Signing in Representative 605 S. East Street | |
| Capacity              Anaheim, CA 92805 | |
| | Telephone No.        (312) 276-1400 |

| | |
|---|---|
| X | X |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                          Date |
| Name of Petitioner                   Date Signed | Name of Attorney Firm (If any) |
| | Address |
| Name & Mailing | |
| Address of Individual | |
| Signing in Representative | |
| Capacity | |
| | Telephone No. |

| | |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                          Date |
| Name of Petitioner                   Date Signed | Name of Attorney Firm (If any) |
| | Address |
| Name & Mailing | |
| Address of Individual | |
| Signing in Representative | |
| Capacity | |
| | Telephone No. |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Selco Products Company          Address Above | Unsecured Trade Claim | $7,300.00 |
| Name and Address of Petitioner SEE FOLLOWING PAGE | Nature of Claim | Amount of Claim SEE FOLLOWING PAGE |
| Name and Address of Petitioner SEE FOLLOWING PAGE | Nature of Claim | Amount of Claim SEE FOLLOWING PAGE |
| Note:    If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims SEE FOLLOWING PAGE |

_____ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor Lakewood Engineering & Mfg.

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief. | |
|---|---|
| x _____<br>Signature of Petitioner or Representative (State title)<br>The Stonegate Group, Ltd            2/17/2009<br>Name of Petitioner            Date Signed | x _____   2/19/2009<br>Signature of Attorney            Date<br>Frances Gecker, Frank/Gecker LLP<br>Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity<br><br>David E. Hirschfield, President<br>The Stonegate Group, Ltd<br>707 Lake Cook Road, Suite 230<br>Deerfield, Illinois 60015 | Address            325 North LaSalle Street, Suite 625<br>Chicago, Illinois 60654<br><br><br>Telephone No.      (312) 276-1400 |
| x _____<br>Signature of Petitioner or Representative (State title)<br><br>Name of Petitioner            Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity | x _____<br>Signature of Attorney            Date<br><br>Name of Attorney Firm (If any)<br>Address<br><br><br><br>Telephone No. |
| x _____<br>Signature of Petitioner or Representative (State title)<br><br>Name of Petitioner            Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity | x _____<br>Signature of Attorney            Date<br><br>Name of Attorney Firm (If any)<br>Address<br><br><br><br>Telephone No. |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner<br>The Stonegate Group, Ltd            Address Above | Nature of Claim<br>Unsecured Trade Claim | Amount of Claim<br>At least $1,516,150.00, of which $16,650.00 is not subject to a bona fide dispute |
| Name and Address of Petitioner<br>SEE FOLLOWING PAGE | Nature of Claim | Amount of Claim<br>SEE FOLLOWING PAGE |
| Name and Address of Petitioner<br>SEE FOLLOWING PAGE | Nature of Claim | Amount of Claim<br>SEE FOLLOWING PAGE |
| Note:     If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>SEE FOLLOWING PAGE |

_____continuation sheets attached

## PETITIONING CREDITORS

| Name of Petitioner | Nature of Claim | Amount of Claim |
| --- | --- | --- |
| International Paper Company, Inc. | Unsecured Trade Claim | $655,149.22 |
| Thynk Design, Inc. | Unsecured Trade Claim | $73,354.00 |
| Selco Products Company | Unsecured Trade Claim | $7,300.00 |
| The Stonegate Group, Ltd. | Unsecured Trade Claim | At least $1,518,150.00, of which $16,650.00 is not subject to a *bona fide* dispute. |
| | **Total Amount of Petitioners' Claims:** | **At least $752,453.22** |