**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Involuntary Chapter 7** |
| | ) | |
| **LAKEWOOD ENGINEERING & MFG. CO., INC.,** | ) | **Case No. 09-05320** |
| | ) | |
| | ) | **Hon. Pamela S. Hollis** |
| **Debtor.** | ) | |

**NOTICE OF FILING OF REVISED AND BLACKLINE OF THE PROPOSED FINAL
ORDER AUTHORIZING CHAPTER 7 TRUSTEE: (A) TO USE CASH COLLATERAL;
(B) INCUR POSTPETITION DEBT; AND (C) TO GRANT ADEQUATE PROTECTION
AND PROVIDE SECURITY TO WELLS FARGO FOOTHILL, INC.**

PLEASE TAKE NOTICE that on the 8th day of April, 2009, we have filed

with the United States Bankruptcy Court for the Northern District of Illinois, Eastern

Division, that certain revised proposed FINAL ORDER AUTHORIZING CHAPTER 7

TRUSTEE: (A) TO USE CASH COLLATERAL; (B) INCUR POSTPETITION DEBT;

AND (C) TO GRANT ADEQUATE PROTECTION AND PROVIDE SECURITY TO

WELLS FARGO FOOTHILL, INC. (the "Proposed Final Order"), attached hereto as Exhibit

A, and that certain blackline showing the revisions made to the Proposed Final Order from

the version filed with the court on March 17, 2009 as Exhibit B to that certain Emergency

Motion of Trustee for Authority (A) to Use Cash Collateral on an Emergency Basis; (B)

Incur Post-Petition Debt on an Emergency Basis; and (C) to Grant Adequate Protection and

Provide Security to Wells Fargo Foothill, Inc. (docket entry 41), attached hereto as Exhibit

B, a copy of which is hereby served upon you.

-2-

Dated:  April 8, 2006                          Respectfully submitted,


                                               /s/ Kimberly A. Bacher


Kimberly A. Bacher, Esq. (ARDC #6285677)
GOLDBERG KOHN BELL BLACK
  ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
(312) 201-4000

Counsel to Wells Fargo Foothill, Inc.

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on April 8, 2009, a copy of

the NOTICE OF FILING OF REVISED AND BLACKLINE OF THE PROPOSED FINAL

ORDER AUTHORIZING CHAPTER 7 TRUSTEE: (A) TO USE CASH COLLATERAL; (B)

INCUR POSTPETITION DEBT; AND (C) TO GRANT ADEQUATE PROTECTION AND

PROVIDE SECURITY TO WELLS FARGO FOOTHILL, INC. was served electronically, via

the Court's CM/ECF notification, and/or by first class mail, postage prepaid, as indicated on

the attached Service List.


Dated:  April 8, 2009                           /s/ Kimberly A. Bacher
                                              Kimberly A. Bacher, Esq. (ARDC #6285677)
                                              GOLDBERG KOHN BELL BLACK
                                                ROSENBLOOM & MORITZ, LTD.
                                              55 East Monroe Street
                                              Suite 3300
                                              Chicago, Illinois  60603
                                              (312) 201-4000

## SERVICE LIST

The following were served via the Court's CM/ECF notification:

- Erin M Casey     erin.casey@goldbergkohn.com
- Scott R Clar     sclar@craneheyman.com,
  mjoberhausen@craneheyman.com;asimon@craneheyman.com
- Patrick A Clisham     pclisham@shawgussis.com
- Eugene Crane     ecrane@craneheyman.com,
  mjoberhausen@craneheyman.com;gheyman@craneheyman.com
- Jeffrey C Dan     jdan@craneheyman.com,
  slydon@craneheyman.com;dwelch@craneheyman.com
- Michael M. Eidelman     meidelman@vedderprice.com, ecf-docket@vedderprice.com
- Robert M Fishman     rfishman@shawgussis.com
- Frances Gecker     fgecker@fgllp.com
- Gordon E. Gouveia     ggouveia@shawgussis.com
- Reed A Heiligman     rheiligman@fgllp.com
- David L Kane     dkane@mpslaw.com
- Douglas J. Lipke     dlipke@vedderprice.com, ecfdocket@vedderprice.com
- William T Neary     USTPRegion11.ES.ECF@usdoj.gov
- Gregg Szilagyi     gs@tailserv.com,
  gszilagyi@ecf.epiqsystems.com;gszilagyi@epiqtrustee.com

The following was served by first class mail, postage prepaid:

Shannon Industrial Corporation
c/o Bond, Dickson & Associates, P.C.
400 S. Knoll Street, Unit C
Wheaton, IL 60187