## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **LAKEWOOD ENGINEERING & MFG. CO.** | ) ) | Case No. 09-05320 |
| | ) | |
| **Debtor.** | | |

### NOTICE OF MOTION

TO:    See Attached Service List

PLEASE TAKE NOTICE that on Tuesday, June 16, 2008, at 10:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Pamela S. Hollis or another judge sitting in her stead, at the United States District Court for the Northern District of Illinois, located at 219 South Dearborn, Courtroom 644, Chicago, Illinois 60604, and then and there present AGREED MOTION TO ENTER INTO STIPULATION AND AGREED ORDER AMENDING FINAL ORDER AUTHORIZING CHAPTER 7 TRUSTEE: (A) TO USE CASH COLLATERAL; (B) INCUR POSTPETITION DEBT; AND (C) TO GRANT ADEQUATE PROTECTION AND PROVIDE SECURITY TO WELLS FARGO FOOTHILL, INC., a copy of which is served upon the attached service list.

Dated:  June 12, 2009                             Respectfully submitted,


                                      By: /s/ Erin M. Casey
                                      Erin M. Casey, Esq.
                                      GOLDBERG KOHN BELL BLACK
                                        ROSENBLOOM & MORITZ, LTD.
                                      55 East Monroe Street
                                      Suite 3300
                                      Chicago, Illinois  60603
                                      (312) 201-4000

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **LAKEWOOD ENGINEERING & MFG. CO.** | ) | **Case No. 09-05320** |
| | ) | |
| | ) | |
| **Debtor.** | | |

**AGREED MOTION TO ENTER INTO STIPULATION AND AGREED ORDER
AMENDING FINAL ORDER AUTHORIZING CHAPTER 7 TRUSTEE:  (A) TO USE
CASH COLLATERAL; (B) INCUR POSTPETITION DEBT; AND
(C) TO GRANT ADEQUATE PROTECTION AND PROVIDE SECURITY TO
WELLS FARGO FOOTHILL, INC.**

Gregg Szilagyi (the "Trustee"), duly appointed trustee of the estate of Lakewood Engineering & Mfg. Co., Inc. ("Debtor"), and Wells Fargo Foothill, Inc. ("Lender") by and through their respective undersigned counsel, hereby move to enter into a stipulation and agreed order (the "Agreed Order") amending the terms of that certain Final Order Authorizing Chapter 7 Trustee: (A) To Use Cash Collateral; (B) Incur Postpetition Debt; and (C) To Grant Adequate Protection and Provide Security to Wells Fargo Foothill, Inc., entered by this Court on April 15, 2009 (the "Financing Order").  Capitalized terms used and not otherwise defined herein shall have the meanings ascribed thereto in the Financing Order.  In support of their motion, the Trustee and Lender state as follows:

1. As of the date hereof, various Aggregate Collateral has been sold by the Trustee pursuant to sales as approved by this Court, including the sale to Sunbeam Products, Inc. d/b/a Jarden Consumer Solutions ("Jarden") of the Acquired Assets (as defined in that certain Asset Purchase Agreement entered into between the Trustee and Jarden

dated as of June 8, 2009, as approved by the Court pursuant to that certain Order Approving Sale of Property of the Estate, entered June 4, 2009) (the "Jarden Sale").

2. Proceeds of the Jarden Sale received to date have been applied in accordance with the terms of the Financing Order.

3. In light of the foregoing, and in exchange for the Trustee's agreement that no further Postpetition Debt shall be incurred, Agent has agreed to marshal its right to be paid the remaining Aggregate Debt from a limited pool of Aggregate Collateral consisting mainly of real estate and the remaining sale proceeds of the Jarden Sale and correspondingly to permit the Trustee to expanded use of Cash Collateral. Such amendments are fully set forth in the Agreed Order attached hereto as Exhibit A. The Trustee and Lender believe that such amendments to the Financing Order are necessary and desirable.

4. The Trustee believes that the amendment of the Financing Order as set forth in the Agreed Order is in the best interest of the Debtor's estate and its creditors.

WHEREFORE, the Trustee and Lender respectfully request that this Court enter an order, in the form of Exhibit A attached hereto.

Respectfully submitted,

GREGG E. SZILAGYI, as Trustee

By: /s/ Gregg Szilagyi

Scott R. Clar, Esq.
Crane Heyman Simon Welch & Clar

   135 South LaSalle Street, Suite 3705
   Chicago, Illinois 60603
   (312) 641-6777

   WELLS FARGO FOOTHILL, INC.

   By: /s/ Erin M. Casey
    One of Its Attorneys

   Erin M. Casey, Esq.
   Kimberly Bacher, Esq.
   GOLDBERG KOHN BELL BLACK
    ROSENBLOOM & MORITZ, LTD.
   55 East Monroe Street
   Suite 3300
   Chicago, Illinois 60603
   (312) 201-4000

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a copy of AGREED MOTION TO ENTER INTO STIPULATION AND AGREED ORDER AMENDING FINAL ORDER AUTHORIZING CHAPTER 7 TRUSTEE: (A) TO USE CASH COLLATERAL; (B) INCUR POSTPETITION DEBT; AND (C) TO GRANT ADEQUATE PROTECTION AND PROVIDE SECURITY TO WELLS FARGO FOOTHILL, INC. was served electronically on June 12, 2009, via the Court's CM/ECF notification, to the parties listed on the Court's CM/ECF email notification list.

- Janice A Alwin    janice.alwin@bfkn.com
- Kimberly A Bacher    kimberly.bacher@goldbergkohn.com
- William J. Barrett    william.barrett@bfkn.com
- Erin M Casey    erin.casey@goldbergkohn.com
- Scott R Clar    sclar@craneheyman.com, mjoberhausen@craneheyman.com;asimon@craneheyman.com
- Patrick A Clisham    patrickclisham@hotmail.com
- Eugene Crane    ecrane@craneheyman.com, mjoberhausen@craneheyman.com;gheyman@craneheyman.com
- Jeffrey C Dan    jdan@craneheyman.com, slydon@craneheyman.com;dwelch@craneheyman.com
- Michael M. Eidelman    meidelman@vedderprice.com, ecf-docket@vedderprice.com
- William J Factor    wfactor@wfactorlaw.com
- Robert M Fishman    rfishman@shawgussis.com
- Frances Gecker    fgecker@fgllp.com
- Gordon E. Gouveia    ggouveia@shawgussis.com
- Reed A Heiligman    rheiligman@fgllp.com
- David L Kane    dkane@mpslaw.com
- Douglas J. Lipke    dlipke@vedderprice.com, ecfdocket@vedderprice.com
- William T Neary    USTPRegion11.ES.ECF@usdoj.gov
- Raymond J Ostler    rostler@gsgolaw.com
- Richard B. Polony    rpolony@hinshawlaw.com
- Ryan T Schultz    rschultz@fhslc.com
- Gregg Szilagyi    gs@tailserv.com, gszilagyi@ecf.epiqsystems.com;gszilagyi@epiqtrustee.com

Dated: June 12, 2009                    /s/ Erin M. Casey
                                        Erin M. Casey