UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § § | |
| LAKEWOOD ENGINEERING & MFG. CO., IN | § § | Case No. 09-05320 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gregg Szilagyi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 06/16/2011 in Courtroom 644,

United States Courthouse
219 S. Dearborn St., Chgo, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/18/2011        By: Gregg Szilagyi
                                                                              Trustee

*Gregg Szilagyi*
*542 South Dearborn Street*
*Suite 1060*
*Chicago, Illinois 60605*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

In re: §
§
LAKEWOOD ENGINEERING & MFG. § Case No. 09-05320
CO., IN
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

The Final Report shows receipts of $

and approved disbursements of $

leaving a balance on hand of[1] $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 8 | PLASPROS, INC. | $ | $ | $ | $ |
| 10 | Schiffmayer Plastics Corporation | $ | $ | $ | $ |
| 27 | Chicago American Manufacturing, LLC | $ | $ | $ | $ |
| 109 | Bogot Service Inc. | $ | $ | $ | $ |

Total to be paid to secured creditors     $_____

Remaining Balance     $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Gregg Szilagyi | $ | $ | $ |
| Trustee Expenses: Gregg Szilagyi | $ | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: Crane Heyman Simon Welch & Clar | $ | $ | $ |
| Attorney for Trustee Expenses: Crane Heyman Simon Welch & Clar | $ | $ | $ |
| Accountant for Trustee Fees: POPOWCER KATTEN LTD. | $ | $ | $ |
| Accountant for Trustee Expenses: POPOWCER KATTEN LTD. | $ | $ | $ |
| Other: Glory Bright Corp., Ltd. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
|  | INTERNAL REVENUE SERVICE (W) | $ | $ | $ |
|  | INTERNAL REVENUE SERVICE (W) | $ | $ | $ |
| 17 | Rosalinda Morales | $ | $ | $ |
| 18 | Lisa A Dodge | $ | $ | $ |
| 28 | Robert Dwight Geerling | $ | $ | $ |
| 33 | Paul T DesJardins | $ | $ | $ |
| 35 | Express Scripts Inc | $ | $ | $ |
| 41 | Sender Rosen | $ | $ | $ |
| 45 | Carmencita Vega | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 49 | Maria Angeles Hernandez | $ | $ | $ |
| 50 | Laticia L Houston | $ | $ | $ |
| 52 | Manuel Almanza | $ | $ | $ |
| 54 | Kevin Webb | $ | $ | $ |
| 56 | David R Straus | $ | $ | $ |
| 62 | Maria Calvo | $ | $ | $ |
| 63 | Robert Henry Miller | $ | $ | $ |
| 73 | Robert Craig | $ | $ | $ |
| 76 | Christopher Peterson | $ | $ | $ |
| 77 | Spector & Assoc. | $ | $ | $ |
| 79 | Scott Jackson | $ | $ | $ |
| 80 | Kevin McCarthy | $ | $ | $ |
| 82 | Griselda Flores | $ | $ | $ |
| 84 | Denise Cosentino | $ | $ | $ |
| 85 | Oscar Arzuaga | $ | $ | $ |
| 86 | John Hitchcock | $ | $ | $ |
| 87 | Cecilia Gallegos | $ | $ | $ |
| 91 | Christine L Krauss | $ | $ | $ |
| 92 | Thomas J Krauss | $ | $ | $ |
| 98 | Isela Gomez | $ | $ | $ |
| 105 | Chungkin Yee | $ | $ | $ |
| 106 | Victor Valadez | $ | $ | $ |
| 120 | Federico Sanchez | $ | $ | $ |
| 123 | Henry Wu | $ | $ | $ |

Total to be paid to priority creditors                    $_____

Remaining Balance                                        $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $      have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be    percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | The Stonegate Group, Ltd. | $ | $ | $ |
| 2 | Liberty Mutual Fire Insurance Company | $ | $ | $ |
| 3 | Sterling Commerce Inc | $ | $ | $ |
| 4 | Euler Hermes ACI | $ | $ | $ |
| 5 | Dun & Bradstreet | $ | $ | $ |
| 6 | Ashland, Inc | $ | $ | $ |
| 7 | Fred Meyer Inc | $ | $ | $ |
| 8 | PLASPROS, INC. | $ | $ | $ |
| 9 | Yip Chun Wang"s Industrial Company Ltd | $ | $ | $ |
| 10 | Schiffmayer Plastics Corporation | $ | $ | $ |
| 11 | International Paper | $ | $ | $ |
| 12 | International Paper | $ | $ | $ |
| 13 | Wiedner & McAuliffe, Ltd. | $ | $ | $ |
| 14 | Fitch, Even, Tabin & Flannery | $ | $ | $ |
| 20 | Prosperity Trucking Co | $ | $ | $ |
| 21 | ComEd Co. | $ | $ | $ |
| 23 | Walgreen Company | $ | $ | $ |
| 27 | Chicago American Manufacturing, LLC | $ | $ | $ |
| 31 | Walkenhorst"s | $ | $ | $ |
| 32 | Guy E. Snyder, Esq. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 33 | Paul T DesJardins | $ | $ | $ |
| 34 | Foshan Guanmei Electrical Co Ltd | $ | $ | $ |
| 36 | Win Global Electrical Appliance Limited | $ | $ | $ |
| 37 | Sales Consultants of St. Louis | $ | $ | $ |
| 38 | Jeff Guyton | $ | $ | $ |
| 40 | Beaver Oil Co. Inc. | $ | $ | $ |
| 42 | Ronald J. Sofka Co. | $ | $ | $ |
| 44 | Cybor Fire Protection Co. | $ | $ | $ |
| 47 | Jeremy Stuckey | $ | $ | $ |
| 51 | Selco Products Co. | $ | $ | $ |
| 53 | United Lift Truck L.P. | $ | $ | $ |
| 55 | Gavinlee Reynolds | $ | $ | $ |
| 57 | Thynk Design, Inc. | $ | $ | $ |
| 58 | American Express Bank FSB | $ | $ | $ |
| 59 | American Express Bank FSB | $ | $ | $ |
| 60 | Samuel, Son & Co. Inc. | $ | $ | $ |
| 61 | Congress Drives, LLC | $ | $ | $ |
| 64 | Integrys Energy Services, Inc. | $ | $ | $ |
| 65 | Gold Edge Supply | $ | $ | $ |
| 66 | Nancy Choate | $ | $ | $ |
| 69 | Bishop Enterprises, LLC | $ | $ | $ |
| 71 | Franczek Radelet & Rose | $ | $ | $ |
| 72 | American Door and Dock | $ | $ | $ |
| 74 | Key Equipment Finance Inc. | $ | $ | $ |
| 78 | Scott Jackson | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 81 | United Parcel Service | $ | $ | $ |
| 83 | Enterprise Oil Company | $ | $ | $ |
| 88 | Illinois Paper & Copier Co. | $ | $ | $ |
| 89 | Hatcher Associates, Inc. | $ | $ | $ |
| 90 | Verizon Wireless | $ | $ | $ |
| 91 | Christine L Krauss | $ | $ | $ |
| 93 | Thomas J Krauss | $ | $ | $ |
| 94 | Katheryn Suzanne Krauss | $ | $ | $ |
| 95 | Katheryn Suzanne Krauss | $ | $ | $ |
| 96 | MorrisAnderson & Associates, Ltd. | $ | $ | $ |
| 97 | Marsh USA Inc | $ | $ | $ |
| 100 | Hong Kong Export Credit Union | $ | $ | $ |
| 103 | CH Robinson | $ | $ | $ |
| 104 | Glory Bright Corp., Ltd. | $ | $ | $ |
| 107 | Chungkin Yee | $ | $ | $ |
| 108 | Chungkin Yee | $ | $ | $ |
| 109 | Bogot Service Inc. | $ | $ | $ |
| 110 | Tony Barbee | $ | $ | $ |
| 111 | The National Union Fire Insurance | $ | $ | $ |
| 112 | Freeborn & Peters LLP | $ | $ | $ |
| 114 | Supreme Industrial Motor Ltd | $ | $ | $ |
| 115 | Shannon Industrial Corp. | $ | $ | $ |
| 116 | Smith, Hemmesch, Burke, Branningan | $ | $ | $ |
| 118 | State Farm Fire and Casualty Company | $ | $ | $ |
| 122 | Metropolitan Water Reclamation District | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 124 | CNA | $ | $ | $ |
| 35-A | Express Scripts Inc | $ | $ | $ |
| 41-A | Sender Rosen | $ | $ | $ |

Total to be paid to timely general unsecured creditors           $_____

Remaining Balance                                               $_____

Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 117 | RLI Insurance Company | $ | $ | $ |
| 119 | Southern Polymer Inc | $ | $ | $ |

Total to be paid to tardy general unsecured creditors           $_____

Remaining Balance                                               $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Gregg Szilagyi_____
                                    Trustee

*Gregg Szilagyi*
*542 South Dearborn Street*
*Suite 1060*
*Chicago, Illinois 60605*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.