# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LAKEWOOD ENGINEERING & MFG. CO., IN | § | Case No. 09-05320 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gregg Szilagyi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                    219 S. Dearborn Street
                    Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 06/16/2011 in Courtroom 644,
                    United States Courthouse
                    219 S. Dearborn St., Chgo, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/18/2011           By: Gregg Szilagyi
                                            Trustee


*Gregg Szilagyi*
*542 South Dearborn Street*
*Suite 1060*
*Chicago, Illinois 60605*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
LAKEWOOD ENGINEERING & MFG. § Case No. 09-05320
CO., IN
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 15,780,216.47 |
| and approved disbursements of | $ | 13,410,655.65 |
| leaving a balance on hand of[1] | $ | 2,369,560.82 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 8 | PLASPROS, INC. | $ 400,000.00 | $ 37,200.00 | $ 37,200.00 | $ 0.00 |
| 10 | Schiffmayer Plastics Corporation | $ 250,000.00 | $ 22,800.00 | $ 22,800.00 | $ 0.00 |
| 27 | Chicago American Manufacturing, LLC | $ 1,193,800.00 | $ 190,000.00 | $ 190,000.00 | $ 0.00 |
| 109 | Bogot Service Inc. | $ 18,391.78 | $ 18,391.78 | $ 18,391.78 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 2,369,560.82 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Gregg Szilagyi | $ 496,656.49 | $ 0.00 | $ 496,656.49 |
| Trustee Expenses: Gregg Szilagyi | $ 5,896.00 | $ 0.00 | $ 5,896.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: Crane Heyman Simon Welch & Clar | $ 239,774.00 | $ 213,950.12 | $ 25,823.88 |
| Attorney for Trustee Expenses: Crane Heyman Simon Welch & Clar | $ 8,071.68 | $ 7,904.59 | $ 167.09 |
| Accountant for Trustee Fees: POPOWCER KATTEN LTD. | $ 31,471.50 | $ 10,000.00 | $ 21,471.50 |
| Accountant for Trustee Expenses: POPOWCER KATTEN LTD. | $ 31.10 | $ 0.00 | $ 31.10 |
| Other: Glory Bright Corp., Ltd. | $ 389,004.80 | $ 389,004.80 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $     550,046.06

Remaining Balance     $     1,819,514.76

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 228,769.64 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
|  | INTERNAL REVENUE SERVICE (W) | $ 2,147.17 | $ 0.00 | $ 2,147.17 |
|  | INTERNAL REVENUE SERVICE (W) | $ 9,181.01 | $ 0.00 | $ 9,181.01 |
| 17 | Rosalinda Morales | $ 4,534.92 | $ 0.00 | $ 4,534.92 |
| 18 | Lisa A Dodge | $ 1,600.00 | $ 0.00 | $ 1,600.00 |
| 28 | Robert Dwight Geerling | $ 4,003.74 | $ 0.00 | $ 4,003.74 |
| 33 | Paul T DesJardins | $ 10,950.00 | $ 0.00 | $ 10,950.00 |
| 35 | Express Scripts Inc | $ 10,950.00 | $ 0.00 | $ 10,950.00 |
| 41 | Sender Rosen | $ 10,950.00 | $ 0.00 | $ 10,950.00 |
| 45 | Carmencita Vega | $ 4,404.00 | $ 0.00 | $ 4,404.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 49 | Maria Angeles Hernandez | $ 2,464.15 | $ 0.00 | $ 2,464.15 |
| 50 | Laticia L Houston | $ 542.02 | $ 0.00 | $ 542.02 |
| 52 | Manuel Almanza | $ 7,243.29 | $ 0.00 | $ 7,243.29 |
| 54 | Kevin Webb | $ 3,308.00 | $ 0.00 | $ 3,308.00 |
| 56 | David R Straus | $ 5,711.20 | $ 0.00 | $ 5,711.20 |
| 62 | Maria Calvo | $ 1,893.71 | $ 0.00 | $ 1,893.71 |
| 63 | Robert Henry Miller | $ 9,616.41 | $ 0.00 | $ 9,616.41 |
| 73 | Robert Craig | $ 2,298.66 | $ 0.00 | $ 2,298.66 |
| 76 | Christopher Peterson | $ 519.12 | $ 0.00 | $ 519.12 |
| 77 | Spector & Assoc. | $ 3,548.02 | $ 0.00 | $ 3,548.02 |
| 79 | Scott Jackson | $ 10,768.80 | $ 0.00 | $ 10,768.80 |
| 80 | Kevin McCarthy | $ 7,326.00 | $ 0.00 | $ 7,326.00 |
| 82 | Griselda Flores | $ 5,302.39 | $ 0.00 | $ 5,302.39 |
| 84 | Denise Cosentino | $ 1,798.08 | $ 0.00 | $ 1,798.08 |
| 85 | Oscar Arzuaga | $ 4,116.54 | $ 0.00 | $ 4,116.54 |
| 86 | John Hitchcock | $ 3,923.08 | $ 0.00 | $ 3,923.08 |
| 87 | Cecilia Gallegos | $ 4,186.10 | $ 0.00 | $ 4,186.10 |
| 91 | Christine L Krauss | $ 10,950.00 | $ 0.00 | $ 10,950.00 |
| 92 | Thomas J Krauss | $ 3,240.00 | $ 0.00 | $ 3,240.00 |
| 98 | Isela Gomez | $ 4,838.40 | $ 0.00 | $ 4,838.40 |
| 105 | Chungkin Yee | $ 10,672.80 | $ 0.00 | $ 10,672.80 |
| 106 | Victor Valadez | $ 7,203.84 | $ 0.00 | $ 7,203.84 |
| 120 | Federico Sanchez | $ 2,686.22 | $ 0.00 | $ 2,686.22 |
| 123 | Henry Wu | $ 3,192.00 | $ 0.00 | $ 3,192.00 |

Total to be paid to priority creditors $ 176,069.67

Remaining Balance $ 1,643,445.09

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $ 12,043,973.26 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.7 percent, plus interest (if applicable).

  Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | The Stonegate Group, Ltd. | $ 1,500,000.00 | $ 0.00 | $ 204,680.60 |
| 2 | Liberty Mutual Fire Insurance Company | $ 545,646.00 | $ 0.00 | $ 74,455.43 |
| 3 | Sterling Commerce Inc | $ 1,008.01 | $ 0.00 | $ 137.55 |
| 4 | Euler Hermes ACI | $ 371,084.17 | $ 0.00 | $ 50,635.82 |
| 5 | Dun & Bradstreet | $ 8,629.00 | $ 0.00 | $ 1,177.46 |
| 6 | Ashland, Inc | $ 14,167.00 | $ 0.00 | $ 1,933.14 |
| 7 | Fred Meyer Inc | $ 7,747.99 | $ 0.00 | $ 1,057.24 |
| 8 | PLASPROS, INC. | $ 744,892.00 | $ 0.00 | $ 101,643.29 |
| 9 | Yip Chun Wang"s Industrial Company Ltd | $ 135,533.76 | $ 0.00 | $ 18,494.09 |
| 10 | Schiffmayer Plastics Corporation | $ 739,697.00 | $ 0.00 | $ 100,934.42 |
| 11 | International Paper | $ 74,190.98 | $ 0.00 | $ 10,123.64 |
| 12 | International Paper | $ 580,958.24 | $ 0.00 | $ 79,273.92 |
| 13 | Wiedner & McAuliffe, Ltd. | $ 195,867.83 | $ 0.00 | $ 26,726.90 |
| 14 | Fitch, Even, Tabin & Flannery | $ 108,148.91 | $ 0.00 | $ 14,757.32 |
| 20 | Prosperity Trucking Co | $ 35,383.04 | $ 0.00 | $ 4,828.15 |
| 21 | ComEd Co. | $ 66,702.82 | $ 0.00 | $ 9,101.85 |
| 23 | Walgreen Company | $ 20,569.80 | $ 0.00 | $ 2,806.83 |
| 27 | Chicago American Manufacturing, LLC | $ 850,000.00 | $ 0.00 | $ 115,985.67 |
| 31 | Walkenhorst"s | $ 21,232.80 | $ 0.00 | $ 2,897.29 |
| 32 | Guy E. Snyder, Esq. | $ 16,422.07 | $ 0.00 | $ 2,240.85 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 33 | Paul T DesJardins | $ 21,626.94 | $ 0.00 | $ 2,951.08 |
| 34 | Foshan Guanmei Electrical Co Ltd | $ 630,535.40 | $ 0.00 | $ 86,038.91 |
| 36 | Win Global Electrical Appliance Limited | $ 63,676.80 | $ 0.00 | $ 8,688.94 |
| 37 | Sales Consultants of St. Louis | $ 4,000.00 | $ 0.00 | $ 545.81 |
| 38 | Jeff Guyton | $ 900.00 | $ 0.00 | $ 122.81 |
| 40 | Beaver Oil Co. Inc. | $ 2,319.00 | $ 0.00 | $ 316.44 |
| 42 | Ronald J. Sofka Co. | $ 9,821.76 | $ 0.00 | $ 1,340.22 |
| 44 | Cybor Fire Protection Co. | $ 270.00 | $ 0.00 | $ 36.84 |
| 47 | Jeremy Stuckey | $ 8,358.52 | $ 0.00 | $ 1,140.55 |
| 51 | Selco Products Co. | $ 7,300.00 | $ 0.00 | $ 996.11 |
| 53 | United Lift Truck L.P. | $ 3,505.94 | $ 0.00 | $ 478.40 |
| 55 | Gavinlee Reynolds | $ 4,000.00 | $ 0.00 | $ 545.81 |
| 57 | Thynk Design, Inc. | $ 73,354.00 | $ 0.00 | $ 10,009.43 |
| 58 | American Express Bank FSB | $ 7,338.72 | $ 0.00 | $ 1,001.40 |
| 59 | American Express Bank FSB | $ 4,289.05 | $ 0.00 | $ 585.26 |
| 60 | Samuel, Son & Co. Inc. | $ 5,196.50 | $ 0.00 | $ 709.08 |
| 61 | Congress Drives, LLC | $ 900.00 | $ 0.00 | $ 122.81 |
| 64 | Integrys Energy Services, Inc. | $ 78,172.33 | $ 0.00 | $ 10,666.91 |
| 65 | Gold Edge Supply | $ 2,438.23 | $ 0.00 | $ 332.71 |
| 66 | Nancy Choate | $ 105.09 | $ 0.00 | $ 14.34 |
| 69 | Bishop Enterprises, LLC | $ 1,502.65 | $ 0.00 | $ 205.04 |
| 71 | Franczek Radelet & Rose | $ 16,284.49 | $ 0.00 | $ 2,222.08 |
| 72 | American Door and Dock | $ 5,622.00 | $ 0.00 | $ 767.14 |
| 74 | Key Equipment Finance Inc. | $ 28,906.87 | $ 0.00 | $ 3,944.45 |
| 78 | Scott Jackson | $ 250,000.00 | $ 0.00 | $ 34,113.43 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 81 | United Parcel Service | $ 17,646.43 | $ 0.00 | $ 2,407.92 |
| 83 | Enterprise Oil Company | $ 5,488.22 | $ 0.00 | $ 748.89 |
| 88 | Illinois Paper & Copier Co. | $ 2,807.78 | $ 0.00 | $ 383.13 |
| 89 | Hatcher Associates, Inc. | $ 11,550.00 | $ 0.00 | $ 1,576.04 |
| 90 | Verizon Wireless | $ 822.32 | $ 0.00 | $ 112.21 |
| 91 | Christine L Krauss | $ 3,797.04 | $ 0.00 | $ 518.12 |
| 93 | Thomas J Krauss | $ 928,279.00 | $ 0.00 | $ 126,667.13 |
| 94 | Katheryn Suzanne Krauss | $ 196,208.80 | $ 0.00 | $ 26,773.42 |
| 95 | Katheryn Suzanne Krauss | $ 1,469,898.00 | $ 0.00 | $ 200,573.07 |
| 96 | MorrisAnderson & Associates, Ltd. | $ 27,801.30 | $ 0.00 | $ 3,793.59 |
| 97 | Marsh USA Inc | $ 40,448.00 | $ 0.00 | $ 5,519.28 |
| 100 | Hong Kong Export Credit Union | $ 135,533.76 | $ 0.00 | $ 18,494.09 |
| 103 | CH Robinson | $ 2,379.00 | $ 0.00 | $ 324.62 |
| 104 | Glory Bright Corp., Ltd. | $ 401,467.21 | $ 0.00 | $ 54,781.70 |
| 107 | Chungkin Yee | $ 135,000.00 | $ 0.00 | $ 18,421.25 |
| 108 | Chungkin Yee | $ 8,000.00 | $ 0.00 | $ 1,091.63 |
| 109 | Bogot Service Inc. | $ 1,073.70 | $ 0.00 | $ 146.51 |
| 110 | Tony Barbee | $ 1,800.00 | $ 0.00 | $ 245.62 |
| 111 | The National Union Fire Insurance | $ 394,118.90 | $ 0.00 | $ 53,778.99 |
| 112 | Freeborn & Peters LLP | $ 8,875.00 | $ 0.00 | $ 1,211.03 |
| 114 | Supreme Industrial Motor Ltd | $ 825,098.40 | $ 0.00 | $ 112,587.76 |
| 115 | Shannon Industrial Corp. | $ 61,884.65 | $ 0.00 | $ 8,444.39 |
| 116 | Smith, Hemmesch, Burke, Branningan | $ 14,184.00 | $ 0.00 | $ 1,935.46 |
| 118 | State Farm Fire and Casualty Company | $ 23,055.27 | $ 0.00 | $ 3,145.98 |
| 122 | Metropolitan Water Reclamation District | $ 3,599.40 | $ 0.00 | $ 491.15 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 124 | CNA | $ 50,000.00 | $ 0.00 | $ 6,822.69 |
| 35-A | Express Scripts Inc | $ 418.40 | $ 0.00 | $ 57.06 |
| 41-A | Sender Rosen | $ 4,432.97 | $ 0.00 | $ 604.90 |

Total to be paid to timely general unsecured creditors                $           1,643,445.09

Remaining Balance                                                     $                   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 396,553.90 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 117 | RLI Insurance Company | $ 2,435.00 | $ 0.00 | $ 0.00 |
| 119 | Southern Polymer Inc | $ 394,118.90 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors                 $                   0.00

Remaining Balance                                                     $                   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Gregg Szilagyi
                                                Trustee

*Gregg Szilagyi*
*542 South Dearborn Street*
*Suite 1060*
*Chicago, Illinois 60605*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 09-05320-PSH
Lakewood Engineering & Mfg. Co., Inc.                                     Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: arodarte          Page 1 of 6          Date Rcvd: May 19, 2011
                              Form ID: pdf006         Total Noticed: 261

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2011.

```
db           +Lakewood Engineering & Mfg. Co., Inc.,   501 N. Sacramento Blvd.,   Chicago, IL 60612-1021
aty          +Douglas J. Lipke,   Vedder, Price,   222 North LaSalle Street,   Chicago, IL 60601-1003
aty          +Eugene Crane,   Crane Heyman Simon Welch & Clar,   135 S Lasalle Ste 3705,
               Chicago, IL 60603-4101
aty          +James W Ozog,   Wiedner & McAuliffe, Ltd.,   One N. Franklin, Suite 1900,
               Chicago, IL 60606-3488
aty          +Jeffrey C Dan,   Crane Heyman Simon Welch & Clar,   135 S Lasalle St Ste 3705,
               Chicago, IL 60603-4101
aty          +Michael M. Eidelman, ESQ,   Vedder Price,   222 N. LaSalle Street,   Suite 2600,
               Chicago, IL 60601-1104
aty          +Scott R Clar,   Crane Heyman Simon Welch & Clar,   135 S Lasalle Suite 3705,
               Chicago, IL 60603-4101
tr           +Gregg Szilagyi,   542 South Dearborn Street,   Suite 1060,   Chicago, IL 60605-1567
13608005      1Sync, Inc.,   P.O. Box 71-3883,   Columbus, OH 43271-3883
13608006     +A-Alert Exterminating Services,   5860 N. Lincoln Avenue,   Chicago, IL 60659-4629
13608007     +A.Messe & Sons, Corp.,   2500 W. Lake Street,   Chicago, IL 60612-2108
13608009      ADT Security Services, Inc.,   P.O. Box 371967,   Pittsburgh, PA 15250-7967
13608012      AFCO,   P.O. Box 360572,   Pittsburgh, PA 15250-6572
13608024      AT&T,   P.O. Box 9001309,   Louisville, KY 40290-1309
14164572     +AT&T Corp,   c/o James Grudus Esq,   AT&T Services Inc,   One AT&T Way Room 3A218,
               Bedminster, NJ 07921-2694
13608008      Adler Pollock & Sheehan P.C.,   One Citizens Plaza,   8th Floor,   Providence, RI 02903-1345
13608011     +Aero Mold & Mfg. Corp.,   1300 W. National Avenue,   Addison, IL 60101-3184
13608013     +Affiliated Engineering Laboratories,   777 New Durham Road,   Edison, NJ 08817-2859
13608014     +Air Services Company,   108 Gateway Road,   Bensenville, IL 60106-1951
13608015      Airgas North Central,   P.O. Box 802588,   Chicago, IL 60680-2588
13608016      Allied Waste Services,   P.O. Box 9001154,   Louisville, KY 40290-1154
13608018     +American Door and Dock,   2125 Hammond Drive,   Schaumburg, IL 60173-3838
13608020      American Express,   Box 0001,   Los Angeles, CA 90096-0002
13608019     +American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13608021      Ashland Inc.,   P.O. Box 93263,   Chicago, IL 60673-3263
13742098     +Ashland, Inc,   Collection Dept,   P O Box 2219,   Columbus, Oh 43216-2219
13608022      At&T,   P.O. Box 8100,   Aurora, IL 60507-8100
13608025     +Atlas Employment Services Inc.,   9458 W. Irving Park Road,   Schiller Park, IL 60176-1936
13608026     +Attorney's Diversified Services,   1424 21st Street,   Sacramento, CA 95811-5209
13608027     +Ava S. Solomon,   240 Stone Hill Lane,   Midway, TN 37809-5160
13608028      B&F Coffe Service,   535 Commercial Avenue,   Northbrook, IL 60062-1848
13608033      BEF Coffee Services,   535 Commercial Avenue,   Northbrook, IL 60062-1848
13608041      BP,   P.O. Box 70887,   Charlotte, NC 28272-0887
13608030     +Barbara Banfield,   10401 East Madison Road,   Saint Helen, MI 48656-9785
13608031     +Baynes & Associates, Inc.,   One Indiana Square,   Suite 2525,   Indianapolis, IN 46204-2049
13608032     +Beaver Oil Co. Inc.,   6037 Lenzi Avenue,   Hodgkins, IL 60525-4242
13968350     +Ben Walker,   Safeco Insurance,   1315 N Highway Drive,   Fenton, MO 63026-1929
13608034     +Bentonville Merchant District,   809 SW A Street,   Suite 101,   Bentonville, AR 72712-6210
13608035     +Beth A. Ruhr,   210 E. Third Street,   Morgan, MN 56266-1415
13608036      Bishop Enterprises, LLC,   P.O. Box 1320,   Nixa, MO 65714-1320
13608037     +Blue Cross Blue Shield,   P.O. Box 1186,   Chicago, IL 60690-1186
13608038     +Bogot Service Inc.,   8137 Austin Avenue,   Morton Grove, IL 60053-3204
13608040     +Bowles & Verna, LLP,   2121 N. California Blvd.,   Suite 875,   Walnut Creek, CA 94596-7387
13608044     +CH Robinson,   14701 Charlson Road,   Eden Prairie, MN 55347-5076
13608048     +CIMCO Communications, Inc.,   P.O. Box 95900,   Chicago, IL 60694-5900
13608056      CMS Communications, Inc.,   P.O. Box 790051,   Saint Louis, MO 63179-0051
13608057      CMS Communications, Inc.,   P.O. Box 790051 St.,   Saint Louis, MO 63179-0051
13968348     +CNA Insurance Co,   333 S Wabash Ave,   First Floor,   Chicago, IL 60604-4107
13625154     +Carmencita Vega,   1444 S Rockwell,   Chicago IL 60608-1644
13608043     +Carmichael Nationalease,   P.O. Box 607899,   Chicago, IL 60660-7899
13625137     +Cecilia Gallegos,   3738 W 64th Place,   Chicago IL 60629-4711
13968349     +Charlotte Zirkle,   American Reliable Insurance,   PO Box 6099,   Scottsdale, AZ 85261-6099
13608045     +Chem-Tech International,   400 Ternes Drive,   Random Lake, WI 53075-1632
13732225     +Chicago American Manufacturing LLC,   Barack Ferrazzano Kirschbaum & Nagelberg,
               200 W Madison St Ste 3900,   Chicago, IL 60606-3459
13939247     +Chicago American Manufacturing, LLC,   c/o Janice A. Alwin,
               Barack Ferrazzano Kirschbaum & Nagelberg,   200 West Madison Street, Suite 3900,
               Chicagi, Illinois 60606-3459
13939316     +Chicago American Manufacturing, LLC,   c/o Janice A. Alwin,
               Barack Ferrazzano Kirschbaum & Nagelberg,   200 West Madison Street, Suite 3900,
               Chicago, Illinois 60606-3459
13625145     +Christine L Krauss,   Attorneys Daniel J Stohr,   222 N LaSalle St Ste 200,
               Chicago, IL 60601-1114
13625150     +Christopher Peterson,   1806 S Fernandez Ave,   Arlington Heights, IL 60005-3553
13608046     +Christy Webber Landscapes,   2900 West Ferdinand Street,   Chicago, IL 60612-1640
13608047     +Chroma Corporation,   P.O. Box 851,   Bedford Park, IL 60499-0851
13625157     +Chungkin Yee,   Adam Goodman,   Goodman Law Offices LLC,   105 W Madison St Ste 1500,
               Chicago, IL 60602-4602
```

```
District/off: 0752-1                  User: arodarte              Page 2 of 6                  Date Rcvd: May 19, 2011
                                      Form ID: pdf006             Total Noticed: 261


13608051       City of Chicago - Dept of Revenue,    22149 Network Place,     Chicago, IL 60673-1221
13608050       City of Chicago - Dept of Revenue,    8108 Innovation Way,     Chicago, IL 60682-0081
13608052       City of Chicago - Dept of Revenue,    P.O. Box 4956,    Chicago, IL 60680-4956
13608053       City of Chicago - Dept of Water,    P.O. Box 6330,    Chicago, IL 60680-6330
13608055      +Class Courier Messenger Co.,    P.O. Box 66064,    Chicago, IL 60666-0004
13608058      +ComEd,    P.O. Box 805376,    Chicago, IL 60680-4174
13608059       Complex Legal Services, Inc.,    P.O. Box 2738,    Torrance, CA 90509-2738
13608060      +Congress Drives, LLC,    30202 Lakeland Blvd,    Wickliffe, OH 44092-1747
13608061      +Cybor Fire Protection Co.,    5123 Thatcher Road,    Downers Grove, IL 60515-4029
13608062       D&B,   P.O. Box 75434,    Chicago, IL 60675-5434
13608067      +DHL Express (USA), Inc.,    14091 Collections Center Drive,     Chicago, IL 60693-0140
13608063      +David Booth,    2110 East Carters Valley Road,    Gate City, VA 24251-4297
13968347      +David Murray,    State Farm,    1285 Northland,    Mendota Heights, MN 55120-1374
13625152      +David R Straus,    26 W 020 Klein Creek Drive,    Winfield IL 60190-2355
13608064      +David S. Lapine Co.,    15 Commerce Road,    Stamford, CT 06902-4549
13608065       Daxwin International LTD,    Unit D, 15/F,    V GA Bldg No. 532 Caslel Peak Rd,
                 Kowloon, Hong Kong
13608066      +Delta Coatings Corp.,    P.O. Box 440116,    Chicago, IL 60644-0116
13625133      +Denise Cosentino,    439 W 37th St.,    Chicago IL 60609-1714
13608069       Domino Amjet Inc.,    135 S. LaSalle Street,    Dept 3809,    Chicago, IL 60674-3809
13722334      +Dun & Bradstreet,    c/o Receivable Mgmt Services,    PO Box 5126,    Timonium, MD 21094-5126
13968344      +Eleanor Carden,    Nationwide Mutual Fire Insurance,     2800 Livernois Suite 550,
                 Troy, MI 48083-1200
13656716      +Euler Hermes ACI,    assignee of Raco Steel Company,     800 Red Brook Blvd,
                 Owings Mills, MD 21117-5173
13968345      +Eva Ferguson,    Law Offices of Kenneth W Turner,     2057 Forest Ave Suite 3,
                 Chico, CA 95928-7627
13608071       Exel Transportation Services Inc.,    P.O. Box 844711,     Dallas, TX 75284-4711
13608072       Exponent, Inc.,    P.O. Box 200283,    Dept 002,    Dallas, TX 75320-0283
13608073      +Express Scripts, Inc.,    21653 Network Place,    Chicago, IL 60673-1216
13968342      +Faith Hagler,    State Farm Ins Co,    PO Box 2375,    Bloomington, IL 61702-2375
13625151      +Federico Sanchez,    Pob 47342,   Chicago IL 60647-0342
13608074      +Fire Equipment Company,    P.O. Box 2308,    80 West Lake Street,    Northlake, IL 60164-2406
13608075      +Firequest,    26 Binnacle Hill,    Oakland, CA 94618-2352
13608076      +Fitch, Even, Tabin & Flannery,    120 S LaSalle Street,     Suite 1600,   Chicago, IL 60603-3590
14092011       Foshan Guanmei Electrical Co Ltd,    7 Chuangxing Dadao,     Leping Industrial Park,
                 Sanshui District Centre,    Foshan, Guangdong, China
13608077      +Franczek Radelet & Rose,    300 S. Wacker Drive,    Suite 3400,    Chicago, IL 60606-6763
13770077      +Fred Meyer Inc,    The Kroger Co,    Attn Law Dept/Driskell,     1014 Vine Street,
                 Cincinnati, OH 45202-1100
13608078      +Freeborn & Peters LLP,    Thomas R Fawkes,    311 S. Wacker Drive,    Suite 3000,
                 Chicago, IL 60606-6683
13608079       Gallagher Bassett Services, Inc.,    Accting Dept - 5th Floor,     Two Pierce Place,
                 Itasca, IL 60143-3141
13968343      +Gavinlee Reynolds,    Ben Rabin Alexander,    & Catalano LLC,     115 E Jefferson St Ste 403,
                 Syracuse, NY 13202-2537
13608080      +Giancarlo Corsi,    27043 W. Island Road,    Valencia, CA 91355-1607
13608081      +Glory Bright Corp., Ltd.,    c/o Marc S Casarino Esq,     White and Williams LLP,
                 824 N Market St Ste 902 PO Box 709,    Wilmington, DE 19899-0709
13608082      +Gold Edge Supply,    1849 Elmdale Avenue,    Glenview, IL 60026-1355
13608083       Grainger,    Dept. 801875469,    Palatine, IL 60038-0001
13625136      +Griselda Flores,    7731 S Linder,    Burbank IL 60459-1354
14063173      +Guy E. Snyder, Esq.,    Vedder Price P.C.,    222 North LaSalle Street,    Suite 2600,
                 Chicago, IL 60601-1104
13608084      +H.F.D. Inc.,    22W420 McCarron Road,    Attn: Sean Hegarty,     Glen Ellyn, IL 60137-7060
13608085      +Hatcher Associates, Inc.,    Holland & Knight,    Attn Robert J Labate,    131 S Dearborn 30th Flr,
                 Chicago, IL 60603-5517
16693801      +Henry Wu,    222 N Columbus Dr,    #3109,   Chicago, IL 60601-7960
13625156      +Henry Wu,    21 W Goethe St,    Chicago IL 60610-2257
13608086      +Home Depot Innovation Center,    1355 Highlands Ridge Road,     Smyrna, GA 30082-4858
14473696       Hong Kong Export Credit Union,    Insurance Corporation,     2/F Tower 1 South Seas Centre,
                 75 Mody Road,    Tsimshatsui East, Hong Kong
13608087       Howry Breen, L.L.P.,    1900 Pearl Street,    Austin, TX 78705-5408
13608088      +Illinois Environmental Protection,    100 West Randolph Street,     Suite 11-300,
                 Chicago, IL 60601-3231
13608089      +Illinois Paper & Copier Co.,    6 Territorial Court,     Bolingbrook, IL 60440-4662
13608090       Information Technology Services,    P.O. Box 752167,     Charlotte, NC 28275-2167
13608091       Integrys Energy Services, Inc.,    P.O. Box 19046 Green Bay,     Green Bay, WI 54307-9046
13830881      +International Paper,    C/O E. Franklin Childress, Jr.,     165 Madison Avenue, Suite 2000,
                 Memphis, TN 38103-2752
13608092       International Paper Co.,    1689 Solutions Center,    Chicago, IL 60677-1006
13625139      +Isela Gomez,    5737 W 23rd St.,    Cicero IL 60804-2651
13968341      +Jack Dugan,    Vericlaim,    4708 Stratford,   Tyler, TX 75703-1534
13608093      +Jack Ryan & Assoc. Inc.,    5918 Hickory Knoll,    Cincinnati, OH 45233-4826
13608094      +James a. Ferretti,    RR# 16, Box 1361A,    Stroudsburg, PA 18360-9623
13608095      +Jeff Guyton,    217 Middle Street,    Van Wert, OH 45891-1045
13625142      +John Hitchcock,    356 Ridge Avenue,    Evanston IL 60202-3360
13625131      +Jose G Beltran,    3544 W 78th Place,    Chicago IL 60652-1426
13625129      +Josefina F Anaya,    1913 W Dickents,    Chicago IL 60614-3935
13968340      +Joseph Altman,    Armed Forces Insurance,    PO Box G,    Fort Leavenworth, KS 66027-0400
```

```
District/off: 0752-1           User: arodarte              Page 3 of 6                   Date Rcvd: May 19, 2011
                               Form ID: pdf006             Total Noticed: 261


13608097      +Katheryn Suzanne Krauss,    Attorneys Daniel J Stohr,    222 N LaSalle St Ste 200,
                Chicago, IL 60601-1114
13625147      +Kevin McCarthy,    407-C Wisconsin Ave,    Oak Park, IL 60302-3699
13608099      +Key Equipment Finance,    11030 Circle Pint Road,    2nd Floor,    Westminister, CO 80020-2775
13608098      +Key Equipment Finance,    11030 Circle Pint Road, 2nd Floor,    Westminster, CO 80020-2775
13608100       Kin Tech - Casco Technology Ltd,    Rm 512, Metro Centre il, No. 21,    Lam Hing St, Kowloon Bay,
                Kowloon, Hong Kong
13608101       Konica Minolta Business Solutions,    Dept. CH 19188,    Palatine, IL 60055-3188
13608103      +Lakewood Engineering (Annie Yip),    Unit 1607-8A, Tower 3 China,
                Hong Kong City, 33 Canton Rd TST,    Kowloon, Hong Kong
13608104       Lakewood Engineering (Cm Chan),    Unit 1607-8A, Tower 3 China,    Hong Kong City, 33 Canton Rd TST,
                Kowloon, Hong Kong
13608105       Lakewood Engineering (Peggy Chai),    Unit 1607-8A, Tower 3 China,
                Hong Kong City, 33 Canton Rd TST,    Kowloon, Hong Kong
13608106       Lakewood Engineering (Sam Cheung),    Unit 1607-8A, Tower 3 China,
                Hong Kong City, 33 Canton Rd TST,    Kowloon, Hong Kong
13608107       Lakewood Engineering (Samuel Tai),    Unit 1607-8A, Tower 3 China,
                Hong Kong City, 33 Canton Rd TST,    Kowloon, Hong Kong
13608108       Lakewood Engineering (Simon Wong),    Unit 1607-8A, Tower 3 China,
                Hong Kong City, 33 Canton Rd TST,    Kowloon, Hong Kong
13608109       Lakewood Engineering (Tommy Kwan),    Unit 1607-8A, Tower 3 China,
                Hong Kong City, 33 Canton Rd TST,    Kowloon, Hong Kong
13608110       Lakewood Engineering (Zeeman Ng),    Unit 1607-8A, Tower 3 China,
                Hong Kong City, 33 Canton Rd TST,    Kowloon, Hong Kong
13625143      +Laticia L Houston,    130 N Parkside Ave., Apt #205,    Chicago IL 60644-3013
13608112       Leed Corporation,    P.O. Box 132208,    Tayler, TX 75713-2208
13608113      +Leitner, Williams,    804 Broad Street,    3rd Floor,    Chattanooga, TN 37402-2607
13608114      +Leriotis & Associates,    P.O. Box 167,    Murrysville, PA 15668-0167
13646870      +Liberty Mutual Fire Insurance Company,    C/O James T. Barnes, Esq.,    Barnes, P.C.,
                431 South Dearborn Street, Suite 506,    Chicago, IL 60605-1121
13608115       Liberty Mutual Group,    P.O. Box 0569,    Carol Stream, IL 60132-0569
13625135      +Lisa A Dodge,    226 N Oak Park Ave., Unit #1-0,    Oak Park IL 60302-2174
13608116      +Maersk Line,    9300 Arrowpoint Blvd.,    3rd Floor,    Charlotte, NC 28273-8136
13608117       Mandatory Provident Fund,    Unit 1607-8A, Tower 3 China,    Hong Kong City, 33 Canton Rd TST,
                Kowloon, Hong Kong
13625128      +Manuel Almanza,    1017 Meadowcrest Rd,    LaGrange IL 60526-1535
13625141      +Maria Angeles Hernandez,    3418 W 37th Place,    Chicago IL 60632-3302
13625132      +Maria Calvo,    5115 W 32nd Street,    Cicero, IL 60804-4075
14465810      +Marsh USA Inc,    Craig Padover 11th Fl,    121 River St,    Hoboken, NJ 07030-5982
13608118      +Marsh USA Inc.,    P.O. Box 96772,    Chicago, IL 60693-6772
13608119      +McCarthy & Magee Inc.,    Marty Magee McCarthy & Magee Inc,    4849 N. Scott Street Suite 110,
                Schiller Park, IL 60176-1204
13608120       McMaster-Carr Supply Co.,    P.O. Box 7690,    Chicago, IL 60680-7690
13608121       Mesirow Insurance Services, Inc.,    2413 Momentum Place,    Chicago, IL 60689-5324
13608122      +Metropolitan Services,    1346 A Street,    Hayward, CA 94541-2927
15115742       Metropolitan Water Reclamation District,    of Greater Chicago,    Attn: Margaret Conway,
                100 E. Erie, 3rd Floor -- Law Dept.,    Chicago, IL 60611
13608123      +Milacron Marketing Co.,    P.O. Box 740440,    Atlanta, GA 30374-0440
13608124      +Monica Weidmann & Associates,    805 W. 10th,    Suite 400,    Austin, TX 78701-2078
14465423      +MorrisAnderson & Associates, Ltd.,    c/o Don Skogsberg,    55 W. Monroe, Suite 2500,
                Chicago, Illinois 60603-5028
13608125      +Ms. Angela Baugher,    612 E. Street,    La Porte, IN 46350-5518
13608126      +Nancy Choate,    1880 FM 1819,    Pollok, TX 75969-2008
13968359      +Natasha Perkins,    Jeremy Newell John Stevenson & Ass,    24 Greenway Plaza Suite 750,
                Houston, TX 77046-2416
13608127      +National Association of Credit Mgmt,    3005 Tollview Drive,    Rolling Meadows, IL 60008-3708
13625140      +Nemo Gordillo,    4139 Rose Avenue,    Lyons IL 60534-1448
13608128       Newark,    P.O. Box 94151,    Palatine, IL 60094-4151
13608129      +Nine2Seven, Inc.,    411 S. School Street,    Lombard, IL 60148-3014
13608131       OSI Pharmaceuticals, Inc.,    2860 Wilderness Place,    Boulder, CO 80301-5467
13608130       Oerlikon Balzers Coating USA,    P.O. Box 5837,    Carol Stream, IL 60197-5837
13625130      +Oscar Arzuaga,    1243 S Austin Blvd,    Cicero IL 60804-1067
13839959      +PEOPLES GAS LIGHT AND COKE CO,    130 E RANDOLPH DRIVE,    CHICAGO, IL 60601-6207
13793607      +PLASPROS, INC.,    c/o David Kane,    Meltzer, Purtill & Stelle LLC,
                300 South Wacker Drive, Suite 3500,    Chicago, IL 60606-6704
13608132      +Paragon Consultants, Inc,    275 W. Uwchlan Avenue,    Downingtown, PA 19335-3361
13968358      +Pat’s Antiques,    Central Missouri Claims 65240
13608133      +Patricia Baker Hill’s Hardware,    1234 South Second Street,    Union City, TN 38261-5036
13968357      +Paul Opson,    USAA,    PO Box 33490,    San Antonio, TX 78265-3490
14072127      +Paul T DesJardins,    940 S Parkside Ave,    Elmhurst, IL 60126-5027
13608134       Peoples Gas,    Chicago, IL 60687-0001
13608137      +Plaspros Inc.,    175 Corporate Drive,    Batesville, MS 38606-2717
13608138       Plastic Process Equipment, Inc.,    P.O. Box 670425,    Northfield, OH 44067-0425
13608139      +Pro Mold & Die,    55 Chancellor Drive,    Roselle, IL 60172-3900
13872986      +Prosperity Trucking Co,    4600 W Erie St,    Chicago, IL 60644-1713
13608141       R.B. Industries Inc.,    6366 Gross Point Road,    Niles, IL 60714-3916
14507824      +RLI Insurance Company,    Jim Jorgensen,    9025 N Lindbergh Dr,    Peoria, IL 61615-1499
13608145      +RPS Marketing,    645 E. Missouri,    Suite 172,    Phoenix, AZ 85012-1369
13608142      +Raco Steel,    2100 West 163rd Place,    Markham, IL 60428-5649
13608143      +Ray Walker Pontotoc City,    59 South Main Street,    Pontotoc, MS 38863-2824
```

```
District/off: 0752-1           User: arodarte              Page 4 of 6                   Date Rcvd: May 19, 2011
                               Form ID: pdf006             Total Noticed: 261


13968356     +Rivers Edge Apartments,    Erie Insurance,    PO Box 867,    Waukesha, WI 53187-0867
13625134     +Robert Craig,    1010 Longmeadow Lane,    Western Springs, IL 60558-2108
13948932     +Robert Dwight Geerling,    2605 W 96th Place,    Evergreen Park, IL 60805-2720
14245355     +Robert Henry Miller,    2338 West Ohio Street,    Chicago, IL 60612-1210
13625148     +Robert Miller,    2338 W Ohio Street,    Chicago Il 60612-1211
13625138     +Robert geerling,    2605 W 96th Place,    Evergreen Park IL 60805-2720
13608144      Ronald J. Sofka Co.,    P.O. Box 3245,    Brentwood, TN 37024-3245
13625149     +Rosalinda Morales,    5754 S Kilbourn,    Chicago IL 60629-4812
13608163    ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
               OVERLAND PARK KS 66207-0949
             (address filed with court: Sprint,    P.O. Box 4181,    Carol Stream, IL 60197-4181)
13608147     +Sales Consultants of St. Louis,    1415 Elbridge Payne Road,    Suite 105,
               Chesterfield, MO 63017-8522
13608148      Samuel, Son & Co. Inc.,    P.O. Box 74882,    Chicago, IL 60694-4882
13608151     +Schiffmayer Plastics Corporation,    Attn Karl Schiffmayer,    1201 Armstrong Street,
               Algonquin, IL 60102-3599
13608152     +Scientific Control Laboratories Inc,    3158 S. Kolin Avenue,    Chicago, IL 60623-4889
13625144     +Scott Jackson,    Adam Goodman,    105 W Madison St Ste 400,    Chicago, IL 60602-4678
13968355     +Sedgwick Co,    CO Intergovernmental Risk Sharing,    3665 Cherry Creek North Drive,
               Denver, CO 80209-3700
13608155     +Sender Rosen,    15922 Los Olivos Lane,    Naples, FL 34110-2812
13608156     +Set Environmental, Inc.,    450 Sumac Road,    Wheeling, IL 60090-6350
13608157     +Shannon Industrial Corp.,    2041 Dillard Court,    Woodstock, IL 60098-6600
13608158     +Sharon Fabsik - Graphic Design,    1836 Shetland Road,    Naperville, IL 60565-1784
13608159      Shell Fleet Processing Ctr,    P.O. Box 183019,    Columbus, OH 43218-3019
13608160     +Smith, Hemmesch, Burke, Branningan,    10 S. LaSalle Street,    Suite 2660,
               Chicago, IL 60603-1046
13608161      Southern Polmer,    Dept at 952064,    Atlanta, GA 31192-2064
14516302     +Southern Polymer Inc,    Leech Tishman Fuscaldo & Lampl LLC,    c/o Crystal H Thornton-Illar,
               525 William Penn Place 30th Flr,    Pittsburgh, PA 15219-1707
13608162     +Spector & Assoc.,    P.O. Box 571507,    Tarzana, CA 91357-1507
14582166     +Stan Ecker,    88080 Leeward,    Florence, OR 97439-9058
13608166     +Star Thermoplastic Alloys & Rubbers,    2121 West 21st Street,    Broadview, IL 60155-4634
14502050     +State Farm Fire and Casualty Company,    aso Faith E Hagler,    c/o Eric D Miller Esq,
               945 E Paces Ferry Rd Ste 1410,    Atlanta, GA 30326-1372
14493633     +State Farm Insurance Company,    Amy L Dvorak,    180 N LaSalle St,    Suite 1810,
               Chicago, IL 60601-2604
13608167     +Sterling Commerce,    P.O. Box 73199,    Chicago, IL 60673-7199
13651727     +Sterling Commerce Inc,    4600 Lakehurst Ct,    Dublin, OH 43016-2248
14117795     +Sunbeam, Products, Inc d/b/a Jarden Consumer,    Solutions,    c/o Frank/Gecker, LLP,
               325 North LaSalle St, Ste 625,    Chicago, IL 60654-6465
13608146     +Supreme Industrial Motor Ltd,    7F, No. 251, Sec 2, Shin-Yi Road,    Taipel Taiwan, R.O.C.,
               1363 Shermer Rd Ste 224,    Northbrook, IL 60062-4575
13608168      Sweeney & Sheehan,    1515 Market Street,    Suite 1900,    Philadelphia, PA 19102-1983
13608169     +Synergy Marketing,    13801 Industrial Park Blvd.,    Plymouth, MN 55441-3746
14488557     +The National Union Fire Insurance,    Company of Pittsburgh PA,    Silverman Acampora LLP,
               100 Jericho Quadrangle Ste 300,    Jericho, NY 11753-2702
13634392     +The Stonegate Group, Ltd.,    c/o Daniel E. Hefter,    Fox, Hefter, Swibel,,    Levin & Carroll, LLP,
               200 W. Madison, Suite 3000,    Chicago, IL 60606-3417
13625146     +Thomas J Krauss,    Attorneys Daniel J Stohr,    222 N LaSalle St Ste 200,    Chicago, IL 60601-1114
13608170     +Thynk Design, Inc.,    1111 Pasquinelli Drive,    Suite 550,    Westmont, IL 60559-1150
13608171     +Tom Krauss,    117 Rob Roy Lane,    Prospect Heights, IL 60070-3452
13608172     +Tony Barbee,    P.O. Box 900,    Chickamauga, GA 30707-0900
13968354     +Travelers Insurance Co,    Maisel & Associates,    200 N LaSalle 20th Flr,    Chicago, IL 60601-1014
13608173      Tyco Electronics Corp.,    P.O. Box 91869,    Chicago, IL 60693-1869
13608177      Unified Investigations & Sciences,    2258 Momentum Place,    Chicago, IL 60689-5317
13608178      United Lift Truck L.P.,    P.O. Box 5948,    Carol Stream, IL 60197-5948
14344510     +United Parcel Service,    c/o RMS Bankruptcy Recovery Services,    PO Box 4396,
               Timonium, Maryland 21094-4396
13608180     +V J Technologies, Inc.,    1223 Rand Road,    Des Plaines, IL 60016-3402
13625153     +Victor Valadez,    3729 S Euclid,    Berwyn, IL 60402-4028
13608184     +Walgreen Company,    Attn Lori Hoskins,    1901 E Voorhees St,    MS #745,    Danville, IL 61834-4509
13997685     +Walkenhorst’s,    1774 Industrial Way,    Napa, CA 94558-3316
13968353     +Walter Leatherwood,    State Farm,    PO Box 830852,    Birmingham, AL 35283-0852
14290891     +Washington International Insurance Co,    c/o Euler Hermes UMA,    Attn R Stiegel,
               3333 Warrenville Rd Ste 160,    Lisle, IL 60532-1579
13608185     +Wells Fargo Foothill,    c/o Matt Mouledous,    1100 Abernathy Road, #1600,
               Atlanta, GA 30328-5657
13849167     +Wells Fargo Foothill, Inc.,    c/o Erin M. Casey,    Goldberg Kohn,    55 E Monroe, Suite 3300,
               Chicago, IL 60603-5800
13608186     +Weyerhaeuser,    7591 Collections Center Drive,    Chicago, IL 60693-0075
13608187     +Wiedner & McAuliffe, Ltd.,    One North Franklin,    Suite 1900,    Chicago, IL 60606-3488
13608188      Win Global,    Foshan Nanhai Xinhua Electrical App,    Kongdong Industrial - Heshun Nanhai,
               Foshan City, China
13968352      Win Global Electrical Appliance,    Limited Rm 2309-10 113 Argyle,    Street Mongkok,
               Kln Hong Kong
14119670     +Win Global Electrical Appliance Limited,    Coface Collections North America Inc,
               50 Millstone Rd., Bldg.100, Ste 360,    East Windsor NJ 08520-1415
13930735     +YRC Inc,    c/o RMS Bankruptcy Recovery Services,    PO Box 5126,    Timonium, Maryland 21094-5126
```

```
District/off: 0752-1           User: arodarte              Page 5 of 6                  Date Rcvd: May 19, 2011
                               Form ID: pdf006             Total Noticed: 261

13608189       Yip Chun Wang's Industrial Co.,    Unit 11-12/F, Block B, Hol Luen Ctr,
                 55 Hoi Yuen Rd, Kwun Tong,   Kowloon, Hong Kong
13796187      +Yip Chun Wang's Industrial Company Ltd,    SGA Collections Inc,    4700 NW Boca Raton Blvd #201,
                 Boca Raton, FL 33431-4860
13608190       Young Chime Co., Ltd.,    2nd Flr, No. 127 Sec 2,    Nanking Road, North District,
                 Taichung, Taiwan
14465402      +c/o Don Skogsberg,    55 W. Monroe, Suite 2500,    Chicago, Illinois 60603-5028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13888865      +E-mail/Text: legalcollections@comed.com May 19 2011 22:34:05      ComEd Co.,    2100 Swift Drive,
                 Attn.: Bankruptcy Section/Revenue Mgmt.,    OakBrook, IL 60523-1559
13608070      +E-mail/Text: dmackie@entoilusa.com May 19 2011 22:34:53      Enterprise Oil Company,
                 3200 S. Western Avenue,    Chicago, IL 60608-6003
14118410      +E-mail/Text: znelson@express-scripts.com May 19 2011 22:35:29       Express Scripts Inc,
                 c/o Tara Snipes,    One Express Way,    St Louis, MO 63121-1824
13608083       E-mail/Text: SCD_BankruptcyNotices@Grainger.com May 19 2011 22:36:20       Grainger,
                 Dept. 801875469,    Palatine, IL 60038-0001
14323347      +E-mail/Text: rita.robles@key.com May 19 2011 22:35:18      Key Equipment Finance Inc.,
                 1000 S. McCaslin Blvd.,    Superior, CO 80027-9437
13608135       E-mail/Text: bankruptcy@pb.com May 19 2011 22:34:07      Pitney Bowes, Inc.,    P.O. Box 856460,
                 Louisville, KY 40285-6460
13608175       E-mail/Text: Legal.Department@us.ul.com May 19 2011 22:34:35       Underwriters Laboratories Inc,
                 c/o Legal Department,    333 Pfingsten Road,    Northbrook, IL 60062-2096
13608176       E-mail/Text: Legal.Department@us.ul.com May 19 2011 22:34:35       Underwriters Laboratories Inc.,
                 P.O. Box 75330,    Chicago, IL 60675-5330
13608181       E-mail/PDF: bankruptcyverizonwireless@afninet.com May 20 2011 01:37:37       Verizon Wireless,
                 P.O. Box 25505,    Lehigh Valley, PA 18002-5505
14452659      +E-mail/PDF: bankruptcyverizonwireless@afninet.com May 20 2011 01:37:37       Verizon Wireless,
                 PO Box 3397,    Bloomington, IL 61702-3397
                                                                                               TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13608029       Bali - Foshan Guanmei Electrical Co,    No 7 Chuangxing Dadao Leping Park,
                 Sanshui Dist Central Science,    Foshan, Guangdong
13968346       Daniel Trauttman,    Tuscarora Wayne Mutual,    Insurance Company
13608096       Jiahe Foshan City shunde Dist,    4 Zhongxin Rd, Bijiao Chencun Town,    CN-Shunde Foshan,
                 Guangdong
13608149       Sandra Ryan
13608153       See Attached
13608174       U.S. Customs Border Patrol
13968351       William Jenkins
13608010*      ADT Security Services, Inc.,    P.O. Box 371967,    Pittsburgh, PA 15250-7967
13608023*     +AT&T,    P.O. Box 8100,   Aurora, IL 60507-8100
13608017*      Allied Waste Services,    P.O. Box 9001154,    Louisville, KY 40290-1154
13608039*     +Bogot Service, Inc.,    8137 Austin Avenue,    Morton Grove, IL 60053-3204
13608049*     +CIMCO Communications, Inc.,    P.O. Box 95900,    Chicago, IL 60694-5900
13608054*     +City of Chicago - Dept of Water,    P.O. Box 6330,    Chicago, IL 60680-6330
13608102*      Konica Minolta Business Solutions,    Dept. CH 19188,    Palatine, IL 60055-3188
13608136*      Pitney Bowes, Inc.,    P.O. Box 856460,   Louisville, KY 40285-6460
13608165*     ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
                 OVERLAND PARK KS 66207-0949
               (address filed with court: Sprint,    P.O. Box 4181,    Carol Stream, IL 60197-4181)
13608164*     ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
                 OVERLAND PARK KS 66207-0949
               (address filed with court: Sprint,    P.O. Box 4181,    Carol Stream, IL 60197-4182)
13608179*      United Lift Truck L.P.,    P.O. Box 5948,    Carol Stream, IL 60197-5948
13608182*     +Verizon Wireless,    P.O. Box 25505,   Lehigh Valley, PA 18002-5505
13608183*     +Verizon Wireless,    P.O. Box 25505,   Lehigh Valley, PA 18002-5505
13608042     ##+Burg Translations, Inc.,    29 S. LaSalle Street,    Suite 936,    Chicago, IL 60603-1525
13608068     ##+Digital Copier Super Center,    1100 W. Cermak Road,    Suite B403,   Chicago, IL 60608-4545
13892783     ##+James P Taylor,    6530 Double Eagle Drive,    #618,   Woodridge, IL 60517-1165
13968339     ##+Jeremy Stuckey,    Shelter Insurance,    PO Box 8516,    17 Corporate Hill,
                 Little Rock, AK 72205-4537
13625155     ##+Kevin Webb,    2575 Victor Avenue #552,    Glenview IL 60025-4869
13608111     ##+Laser Modeling Inc.,    1627 Louise Drive,    South Elgin, IL 60177-2242
13608140     ##+Provantage Corporation Solutions,    P.O. Box 1270,    Fuquay Varina, NC 27526-1270
13608150     ##+SBH & Associates, Inc.,    9120 Flint,   Overland Park, KS 66214-1736
13608154      ##Selco Products Co.,   605 S. East Street,    Anaheim, CA 92805-4842
                                                                                        TOTALS: 7, * 13, ## 9

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: arodarte              Page 6 of 6              Date Rcvd: May 19, 2011
                              Form ID: pdf006             Total Noticed: 261
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 21, 2011**                              **Signature:**     *Joseph Speetjens*