IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 09-05320 |
| LAKEWOOD ENGINEERING AND MFG ) | |
| CO., INC., ) | Chapter 7 |
| ) | |
| Debtor. ) | |
| ) | Hon. Pamela S. Hollis |
| ------------------------------------------------------------- ) | |

### STIPULATION AND ORDER REGARDING TRUSTEE'S FINAL REPORT

This stipulation (the "Stipulation") is made and entered into this 8th day of June, 2011, by and between Gregg Szilagyi, not individually but as Trustee of Lakewood Engineering and Mfg. Co., Inc. (the "Trustee"), and Sunbeam Products, Inc. d/b/a Jarden Consumer Solutions ("Jarden").

WHEREAS, Jarden purchased the operating assets of Lakewood Engineering & Mfg. Co., Inc. ("Lakewood") from the Trustee for $6.225 million;

WHEREAS, the Trustee and Jarden are co-plaintiffs in an adversary proceeding captioned *Szilagyi, Trustee, et al. v. Chicago American Manufacturing, LLC, et al.*, Adv. No. 09-341 (the "Adversary") in which they assert claims against Chicago American Manufacturing, LLC ("CAM") for willful infringement of patents and trademarks;

WHEREAS, the Court has conducted a trial on the Adversary and is in the process of ruling upon the various claims and defenses asserted therein;

WHEREAS, the Trustee has fully administered all assets of Lakewood's bankruptcy estate other than the claims against CAM set forth in the Adversary;

WHEREAS, the Trustee is presently holding over $2.3 million that he wishes to distribute to creditors and, following court approval, to pay professional and trustee compensation;

WHEREAS, in response to requests from creditors that he distribute the funds on hand, on May 18, 2011, the Trustee filed the Trustee's Final Report (the "Final Report"); and

WHEREAS, because the preferred form of Trustee's Final Report is a fillable electronic form that did not permit the Trustee to identify the claims in the Adversary as unliquidated assets in which Lakewood's estate holds an interest;

WHEREAS, if the Trustee and Jarden prevail on the Adversary, the Trustee may collect additional funds that would be available for distribution to Lakewood's creditors;

WHEREAS, notwithstanding the filing of the Final Report the Trustee does not intend to abandon his claims in the Adversary or the recoveries there from;

WHEREAS, the Trustee wishes to distribute the funds he is holding, and make an additional distribution when the proceeds from the Adversary are recovered.

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. Notwithstanding the filing of the Trustee's Final Report, the Trustee confirms that he will continue to pursue the liquidation of Lakewood's claims against CAM in the Adversary.

2. Subject to Court approval, the Trustee may distribute the funds it is holding on hand to creditors and/or as professional and trustee compensation prior to the closing of the case, without objection from Jarden.

3. The Trustee will not file a trustee's final accounting or otherwise seek to close Lakewood's bankruptcy case until the claims set forth in the Adversary have been liquidated to final judgment and collected or otherwise resolved.

AGREED:

| | |
|---|---|
| Gregg Szilagyi, not individually but as Trustee of Lakewood Engineering and Mfg. Co., Inc. | Sunbeam Products, Inc. d/b/a Jarden Consumer Solutions |

By: _/s/ Scott R. Clar_
    One of his Attorneys

Scott R. Clar
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 South LaSalle Street
Chicago, Illinois 60603-4297
(312) 641-6777 (telephone)

Dated: JUN 16 2011, 2011

By: _/s/ Joseph D. Frank_
    One of its Attorneys

Joseph D. Frank
Jeremy C. Kleinman
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60654
(312) 276-1400 (telephone)

SO ORDERED:

_____
Hon. Pamela S. Hollis
United States Bankruptcy Judge